

# Fourth Court of Appeals
## San Antonio, Texas

December 23, 2021

No. 04-20-00421-CV

**IN THE INTEREST OF C.S., C.S., AND C.S.**, Children,

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CI00253
Honorable Laura Salinas, Judge Presiding

# O R D E R

Sitting:    Luz Elena D. Chapa, Justice
          Irene Rios, Justice
          Liza A. Rodriguez, Justice

The panel has considered the Appellant's Motion for Rehearing and the motion is DENIED.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of December, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court